### THE STATE *v.* OGDEN, Agent, &c.

APPEAL from the Second District Court of New Orleans, *Lea*, J.

BUCHANAN, J. The only difference between this case and that of the *State* v. *Lathrop*, just decided, is, that the corporation which is defendant in this suit is an English corporation, whereas the other was chartered by one of the States of the Union. The reasons for that judgment, with this change, will apply to the present case.

Judgment affirmed, with costs.